## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| UROLOGY OF ST. LOUIS, INC., | ) |
| Plaintiff, | ) Case No: 2024 CV 01921 |
| v. | ) |
| AMERICAN HEALTHCARE SYSTEMS ILLINOIS LLC and AHS MEDICAL GROUP LLC, | ) |
| Defendants. | ) |

### NOTICE OF MOTION

TO:  Brian Wacker (bwacker@cookgrouplegal.com)
John Beseau (jbeseau@cookgrouplegal.com)
701 Market Street, Suite 1225
St. Louis, MO 63101

**PLEASE TAKE NOTICE** that on April 23, 2024 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable John Kness in Courtroom 2125 of the U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present *Defendants' Motion for Extension of Time to File Response to Plaintiff's Motion to Remand,* a copy of which was previously served upon you and at which time and place you may appear if you so desire.

**AMERICAN HEALTHCARE SYSTEMS ILLINOIS, LLC, et al.**

*s/ Zubair A. Khan*
By: One of their attorneys

### CERTIFICATE OF SERVICE

The undersigned, a non-attorney, hereby certifies that she caused to be served ***Notice of Motion*** to the counsel of record listed above by CM/ECF filing system, which sends an email notification upon acceptance, on April 19, 2024.

s/ *Jessica R. Pulio*

TRIVEDI & KHAN P.C.
300 N. Martingale Road, Suite 725
Schaumburg, Illinois 60173
Telephone: (312) 612-7619
Email: service@trivedikhan.com